IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01290-MEH

KIRK DOUGLAS, an individual,

    Plaintiff,

v.

DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior,

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss with prejudice the above-captioned action. Each party agrees to bear its own attorney's fees, costs, and expenses.

    DATED: November 22, 2022.

| | |
|---|---|
| */s/ Steven L. Murray* | COLE FINEGAN |
| Steven L. Murray | United States Attorney |
| Murray Law, LLC | |
| 3900 East Mexico Avenue, Suite 300 | */s/ Julia M. Prochazka* |
| Denver, CO 80210 | Julia M. Prochazka |
| (303) 396-9952 | Laura J. Ellis |
| | Assistant United States Attorneys |
| *Attorney for Plaintiff* | U.S. Attorney's Office |
| | 1801 California Street, Suite 1600 |
| | Denver, CO 80202 |
| | (303) 454-0100 |
| | Laura.Ellis@usdoj.gov |
| | Julia.Prochazka@usdoj.gov |
| | |
| | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE (CM/ECF)**

  I hereby certify that on November 22, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all CM/ECF users associated with this case.

                */s/ Steven L. Murray*
                Steven L. Murray