IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01290-MEH

KIRK DOUGLAS,

      Plaintiff,

v.

DEB HAALAND, in her official capacity as
Secretary of the U.S. Dep't of the Interior,

      Defendant.

---

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is the parties' Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF 37. The case was dismissed with prejudice as of the entry of the Stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (providing that the "plaintiff may dismiss an action *without a court order* by filing: . . . . a stipulation of dismissal") (emphasis added). No order of dismissal is necessary. The Clerk of Court shall close this case.

In light of the stipulated dismissal, Defendant's Motion for Summary Judgment [filed October 7, 2022; ECF 34] is **denied as moot**.

Dated and entered at Denver, Colorado, this 23rd day of November, 2022.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge